EUGENE MARGERUM et al., Appellants-Respondents, v CITY OF BUFFALO et al., Respondents-Appellants.

Submitted December 8, 2014; decided December 16, 2014

Motion by National Association for the Advancement of Colored People for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

EUGENE MARGERUM et al., Appellants-Respondents, v CITY OF BUFFALO et al., Respondents-Appellants.

Submitted December 1, 2014; decided December 16, 2014

Motion by International Municipal Lawyers Association et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

MONROE EQUITIES, LLC, Appellant, v STATE OF NEW YORK, Respondent.

Decided December 16, 2014

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).